## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NORTHMONT DEVELOPMENT, INC.**                                                        **PLAINTIFF**

v.                              Case No. 4:20-cv-00830 KGB

**ARKANSAS MIDLAND RAILROAD
COMPANY, INC., UNION PACIFIC
RAILROAD COMPANY, and
ARKANSAS LOUISIANA & MISSISSIPPI
RAILROAD COMPANY**                                                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to stay pending settlement (Dkt. No. 58). The parties represent that they have reached a settlement in principle, and they anticipate memorializing the settlement in writing and filing a joint motion to dismiss with prejudice in the coming days (*Id.*, ¶ 1). Accordingly, the parties request that all upcoming deadlines and the trial date be stayed (*Id.*, ¶ 4). For good cause shown, the Court grants the motion (Dkt. No. 58). The Court removes this case from the February 14, 2022, trial calendar. All deadlines set forth in the Court's Amended Final Scheduling Order in this matter are stayed until further order of the Court (Dkt. No. 44). The parties are directed to file within 30 days of the entry of this Order a joint motion for dismissal or a joint status report.

It is so ordered this 21st day of January, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge