IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NORTHMONT DEVELOPMENT, INC.**                                                **PLAINTIFF**

v.                           Case No. 4:20-cv-00830 KGB

**ARKANSAS MIDLAND RAILROAD**
**COMPANY, INC., UNION PACIFIC**
**RAILROAD COMPANY, and**
**ARKANSAS LOUISIANA & MISSISSIPPI**
**RAILROAD COMPANY**                                                           **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 62). The parties represent that they have settled this case and request that this case, including all claims asserted or otherwise assertable, be dismissed with prejudice, with each party to bear its own costs and attorneys' fees (*Id.*, ¶¶ 1-2). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court grants the joint motion to dismiss (Dkt. No. 62). The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Court denies as moot defendants Arkansas Midland Railroad Company, Inc. ("AKMD"), Union Pacific Railroad Company ("Union Pacific"), and Arkansas Louisiana & Mississippi Railroad Company's ("ALM") motion for summary judgment and motion to exclude appraisal expert, and the Court denies as moot plaintiff Northmont Development, Inc.'s ("Northmont") motion to dismiss without prejudice (Dkt. Nos. 46, 49, 57).

It is so ordered this 22nd day of March, 2022.

_____
Kristine G. Baker
United States District Judge